# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

M.F., on behalf of R.L. and P.L., and S.D. and D.D.,

Plaintiff(s),

v.

Magellan Healthcare, Inc., et al.

Defendant(s).

Case No. 20cv3928
Judge Manish S. Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ In favor of plaintiff

which ☐ include pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: In favor of defendants Magellan Healthcare, Inc., Janel Ford, Tim McDevitt and against plaintiffs M.F., on behalf of R.L. and P.L., and S.D. and D.D.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Manish S. Shah on motions to dismiss.

Date: 3/24/2021

Thomas G. Bruton, Clerk of Court

Scott White, Deputy Clerk